```
_____FILED        _____RECEIVED
_____ENTERED      _____SERVED ON
              COUNSEL/PARTIES OF RECORD

        FEB - 7 2023

   CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,        )    3:22-cr-00015-ART-CLB
                                 )
        Plaintiff,                )
                                 )    **ORDER FOR RELEASE**
    vs.                          )
                                 )
ROBERT CHAVEZ,                   )
                                 )
        Defendants.              )
_____)

On January 23, 2023, this Court held a hearing ordering that the Defendant be released from custody once a bed becomes available at Life Changes (ECF No.61.)

On February 7, 2023, the Court was advised by Pretrial Services Officer Jennifer Simone that a bed will be available for the Defendant on February 8, 2023, and that the Washoe County Detention Facility will transport the Defendant to Life Changes.

THEREFORE, the Court finds that Robert Chavez shall be released from custody on **Wednesday, February 8, 2023,** at **10:00 a.m.**, and immediately transported to Life Changes by the Washoe County Detention Facility.

**IT IS SO ORDERED.**

DATED: February 7, 2023

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE