UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CHAVEZ,<br><br>Defendant. | Case No. 3:22-cr-00015-ART-CLB<br><br>**ORDER APPROVING STIPULATION TO CONTINUE MOTION DEADLINES**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and KATE BERRY, Assistant Federal Public Defender, counsel for ROBERT CHAVEZ, that deadline to file any and all pretrial motions and notices of defense be extended from April 21, 2023 to **April 28, 2023.**

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **May 12, 2023**, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **May 19, 2023**, to file any and all replies to dispositive motions.

This is the first stipulation to continue the motions deadlines. Counsel is requesting additional time to file pretrial motions mindful of the current trial date of June 27, 2023 at 9:30 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 18th day of April, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: /s/ KATE BERRY<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for ROBERT CHAVEZ | By: /s/ Randolph J. St. Clair<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for the Government |

**IT IS SO ORDERED.**

**DATED** this 19th day of April, 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE