UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00015-ART-CLB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ROBERT CHAVEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the deadline to file replies to the Government's response to motions to suppress (ECF 46, 47, 48 and 49) currently due on Friday, June 9, 2023, is extended to Friday, June 23, 2023.

DATED this 9th day of June, 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE