UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT CHAVEZ,<br><br>　　　　Defendant. | Case No.  3:22-cr-00015-ART-CLB<br><br>**ORDER APPROVING STIPULATION TO VACATE TRIAL DATES**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender Rick Mula, counsel for Robert Chavez, United States Attorney Jason M. Frierson, and Assistant United States Attorney Randolph St. Clair, counsel for the United States of America, that the video calendar call currently scheduled for August 15, 2023, at 11:00 a.m., and the trial scheduled for August 22, 2023, at 9:30 a.m., be vacated.

　　　　The Stipulation to vacate is entered into for the following reasons:

　　　　1.　　An evidentiary hearing on Defendant's motions to suppress previously was scheduled in this case for July 5, 2023, at 11:00 a.m. (ECF No. 54.)

2. The parties filed a joint status report on June 30, 2023, noting that Mr. Chavez's whereabouts were unknown. (ECF No. 68.)

3. The Court vacated the evidentiary hearing after "reviewing and considering Defendant's absconder status." (ECF No. 69.)

4. The Court directed the parties "to confer regarding the currently scheduled trial date and file a stipulation or a motion . . . addressing whether to vacate the current trial date and include a proposed order." (*Id.*)

5. The parties have conferred and agree that the current trial date (and associated calendar call) should be vacated.

6. The period of delay that will result from this stipulation is excludable in computing the time within which the trial herein must commence. *See* 18 U.S.C. § 3161(h)(3)(A) (excluding "[a]ny period of delay resulting from the absence or unavailability of the defendant").

This is the first stipulation to vacate filed herein.

DATED this 3rd day July, 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| /s/ Rick Mula<br>By:_____<br>RICK MULA<br>Assistant Federal Public Defender<br>Counsel for Robert Chavez | /s/ Randolph St. Clair<br>By:_____<br>RANDOLPH ST. CLAIR<br>Assistant United States Attorney<br>Counsel for United States |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT CHAVEZ,<br><br>　　　　Defendant. | Case No.  3:22-cr-00015-ART-CLB<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the calendar call currently scheduled for August 15, 2023, at 11:00 a.m., and the trial scheduled for August 22, 2023, at 9:30 a.m., be vacated.

　　DATED this 5th Day of July, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

3